Alexander S. Kleinberg
Eisenhower & Carlson, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, Washington 98402
Telephone: (253) 572-4500
Facsimile No.: (253) 272-5732

The Honorable Paul B. Snyder
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>TERRY S. GUNTER and TRINA LEE GUNTER,<br><br>Debtors. | NO. 05-45788-PBS |
| TERRENCE J. DONAHUE, Chapter 7 Trustee for the bankruptcy estate of Terry S. Gunter and Trina Lee Gunter,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GUNTER, and the marital community comprised of ROBERT GUNTER AND "JANE DOE" GUNTER,<br><br>Defendants. | ADVERSARY NO.<br><br>COMPLAINT TO AVOID PREFERENTIAL TRANSFER |

**COMES NOW** the Plaintiff, Terrence J. Donahue, duly appointed and acting Chapter 7 Trustee for the above-named bankruptcy estate, by and through his attorneys, Eisenhower & Carlson, PLLC and Alexander S. Kleinberg, and for causes of action against Defendants, asserts and alleges as follows:

**I.**

Terrence J. Donahue is the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Terry S. Gunter and Trina Lee Gunter ("Plaintiff" or "Trustee"), United



EISENHOWER
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732

States Bankruptcy Court for the Western District of Washington at Tacoma, Case No. 05-45788-PBS.

**II.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this matter is a core proceeding. Venue is proper pursuant to 28 U.S.C. § 1409.

**III.**

Terry S. Gunter and Trina Lee Gunter ("Debtors") filed their voluntary petition under Chapter 7 of the United States Bankruptcy Code on June 22, 2005.

**IV.**

This is a Complaint to avoid a transfer against Defendants Robert Gunter and the marital community comprised of Robert Gunter and "Jane Doe" Gunter ("Defendants").

**V.**

Debtors testified at their 341 Meeting of Creditors that they paid $10,000.00 to Defendants in November of 2004.

**VI.**

The transfer was (a) to or for the benefit of a creditor; (b) for or on account of an antecedent debt owed by Debtors before the transfer was made; (c) made while Debtors were presumably insolvent; (d) made on or within ninety (90) days before the date of filing of Debtors' bankruptcy petition; and (e) enabled Defendants to receive more than such creditors would receive if the case were a case under Chapter 7 of the Code, the transfer had not been made, and the creditor received payment of such debt to the extent provided by the provisions of the Code.



EISENHOWER
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732

**VII.**

Trustee may avoid the transfer as preferential pursuant to 11 U.S.C. § 547, and recover a judgment in the amount of $10,000.00 against Defendants if the Court so orders pursuant to 11 U.S.C. § 550(a).

**WHEREFORE,** Plaintiff prays for the following relief:

1. For judgment against Defendants in an amount to be proven at trial, representing the value of the preferential transfer from Debtors to Defendants, with interest accruing thereon from the date of transfer forward;

2. For Plaintiff's attorney's fees and costs incurred in pursuing this matter; and

3. For such other and further relief as the Court deems just and proper.

DATED this 24th day of August, 2005.

EISENHOWER & CARLSON, PLLC

By: /s/ Alexander S. Kleinberg
Alexander S. Kleinberg, WSBA # 34449
Attorneys for Plaintiff



EISENHOWER
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732